IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDWARD JOE HOOTEN                                                                          PLAINTIFF

v.                        Civil No. 06-2048

FRANK ATKINSON, et al.                                     DEFENDANTS

## O R D E R

Now on this 29th day of August, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation (Doc. 28)** herein and the **Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation (Doc. 29).**

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted *in toto*,** the defendants **Motions for Summary Judgment (Docs. 13, 25)** are hereby **GRANTED**, and the plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                             **/s/Jimm Larry Hendren**
                                             **HON. JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**